[No. 16431-4-III.    Division Three.    April 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY
CHARLES BURDULIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-02099-3, Paul A. Bastine, J.,
entered January 14, 1997. *Affirmed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Brown,
JJ.

[Nos. 15638-9-III; 16444-6-III.    Division Three.    April 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C.
MILLER, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES C.
MILLER, *Petitioner.*

Appeals from a judgment of the Superior Court for Aso-
tin County, No. 95-1-00080-2, John M. Lyden, J., entered
March 18, 1996, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Burchard, J. Pro Tem., con-
curred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16511-6-III.    Division Three.    April 9, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN RILEY,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-8-01429-6, Tari S. Eitzen, J.,
entered February 20, 1997. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Schultheis, C.J., and
Brown, J.